UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

           Plaintiff,

v.                                                               Case No. 2:14−cr−20239−AJT−DRG
                                                                                  Hon. Arthur J. Tarnow

Janice Verschuren, et al.,

           Defendant(s),

_____/

**NOTICE TO APPEAR**

The following defendant(s) are hereby notified to appear:  Janice Verschuren

The defendant(s) shall appear before District Judge Arthur J. Tarnow at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 108, Detroit, Michigan, for the following proceeding(s):

- PLEA HEARING:  October 1, 2015 at 11:00 AM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                            By: s/M. Lang_____
                                                                      Case Manager

Dated:  September 16, 2015